UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 1:06-cr-21 |
| v. | ) |
| | ) *Judge Mattice* |
| DAVID SIMPSON | ) |

## **ORDER**

For the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that the Court **ACCEPTS** and **ADOPTS IN PART** Magistrate Judge Carter's Report and Recommendation [Court Doc. No. 50] pursuant to 28 U.S.C. § 636(b)(1)(C) and that Defendant's Motion to Suppress [Court Doc. No. 23] is hereby **DENIED**.

**SO ORDERED.**

**ENTER:**

*s/ Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE